RECEIVED
IN ALEXANDRIA, LA.

JUN 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRISTOPHER JACK (#14035-035)　　　DOCKET NO. 12-CV-3027 SEC. P

VERSUS　　　　　　　　　　　　　　　　JUDGE JAMES T. TRIMBLE, JR.

WARDEN ASK-CARLSON　　　　　　　　　MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED and DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 11th day of June, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT